## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

NAKALE MITCHELL

CRIMINAL ACTION
NO. 26-38

## <u>ORDER</u>

**AND NOW**, this 21st day of July, 2026, upon consideration of Nakale Mitchell's Motion to Suppress (Dkt. No. 26) and the United States' Response (Dkt. No. 30), and after holding an evidentiary hearing (Dkt. No. 32), it is **ORDERED** the Motion is **DENIED in part and GRANTED in part**.  No physical evidence, including the firearm and lottery tickets in Mitchell's bag, will be suppressed.  Any statement Mitchell made in response to interrogation by Officers Molina and Wolf after he was placed in custody will be suppressed.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.